IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO JAMES COLLINS | **I N D I C T M E N T**<br><br>Case No. 3:25-cr-172<br><br>Violations: 18 U.S.C. §§ 922(g)(1), 922(g)(3), 922(g)(9), 924(a)(8), and 2 |

COUNT ONE

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about October 4, 2024, in the District of North Dakota,

ALFREDO JAMES COLLINS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Receiving Stolen Property, a felony, in violation of Minn. Stat. § 609.53.1, in State of Minnesota, Fifth Judicial District, County of Faribault, Case Number 22-CR-22-288, judgment entered September 12, 2022;

2. Unlawful Use of Personal Identifying Information, a Class C felony, in violation of N.D. Cent. Code § 12.1-23-11(2), in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2022-CR-1892, judgment entered December 23, 2022;

3. Possession of Fentanyl with Intent to Deliver, a Class B felony, in violation of N.D. Cent. Code § 19-03.1-23(1)(a), in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2022-CR-1414, judgment entered February 27, 2023;

4. Unlawful Possession of Drug Paraphernalia, a Class C felony, in violation of N.D. Cent. Code § 19-03.4-03(2), in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2022-CR-1414, judgment entered February 27, 2023; and

    5. Theft, a Class C felony, in violation of N.D. Cent. Code § 12.1-23-02(3), in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2022-CR-5333, judgment entered March 22, 2023;

did knowingly possess in and affecting commerce a firearm, that is:

    a Kimber, Micro 9, 9mm pistol, bearing Serial Number SCB0023389;

    In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT TWO

**Possession of a Firearm by a Drug User or Addict**

The Grand Jury Further Charges:

On or about October 4, 2024, in the District of North Dakota,

ALFREDO JAMES COLLINS,

knowing that he was an unlawful user of, and addicted to, any controlled substance, did knowingly possess in and affecting commerce a firearm, that is:

a Kimber, Micro 9, 9mm pistol, bearing Serial Number SCB0023389;

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(8), and 2.

## COUNT THREE

**Possession of a Firearm by a Person Convicted of Misdemeanor Domestic Violence**

The Grand Jury Further Charges:

On or about October 4, 2024, in the District of North Dakota,

ALFREDO JAMES COLLINS,

knowing that he had previously been convicted in any court of a misdemeanor crime of domestic violence, to wit:

> Domestic Violence Causing Bodily Injury, a Class B misdemeanor, in violation of N.D. Cent. Code § 12.1-17-01.2(2)(a), in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2019-CR-5180, judgment entered January 3, 2020,

did knowingly possess in and affecting commerce a firearm, that is:

> a Kimber, Micro 9, 9mm pistol, bearing Serial Number SCB0023389;

In violation of Title 18, United States Code, Sections 922(g)(9), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of any offense alleged in this Indictment,

ALFREDO JAMES COLLINS

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

a Kimber, Micro 9, 9mm pistol, bearing Serial Number SCB0023389.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JTR/ak